# United States Bankruptcy Court
## Southern District of Ohio Eastern Division

In re  **Julie A. Boganwright**                                                                 Case No.  **2:12-bk-55393**

                                                 Debtor(s)                              Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:            **xxx-xx-8235**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:        **Julie A. Boganwright**

Street:        **4928 Vicksburg Ct**

City, State and Zip:    **Hilliard, OH 43026**

Telephone #:

**Please be advised that effective March 1, 2015,
my (our) new mailing address and telephone number is:**

Name:        **Julie A. Boganwright**

Street:         **23 E Lakeview Ave**

City, State and Zip:    **Columbus OH  43202**

Telephone #:

                                                                        **/s/ Julie A. Boganwright**
                                                                        **Julie A. Boganwright**
                                                                        Debtor